# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Department of Toxic Substances Control , et al. ,** | **CASE NO:  2:21−CV−01737−TLN−JDP** |
| vs. | **SUMMONS IN A CIVIL CASE** |
| **Chevron Oronite Company LLC , et al. ,** | |

TO:  **Atlantic Richfield Company, Chevron Oronite Company LLC, Shell Oil Company**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

>   **Somerset Perry**
>   **Office of the Attorney General**
>   **1515 Clay Street, 20th Floor**
>   **Oakland, CA 94612**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

 **/s/  J. Donati**
 (By) DEPUTY CLERK



**ISSUED ON 2021−09−24 17:00:06**
**CLERK, USDC EDCA**

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me <sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____    _____
                            Date                                                *Signature of Server*

                                                                    _____
                                                                    *Address of Server*