Rob Bonta, State Bar No. 202668
Attorney General of California
Timothy E. Sullivan, State Bar No. 197054
Supervising Deputy Attorney General
Somerset Perry, State Bar No. 293316
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0852
 Fax:  (510) 622-2270
 E-mail:  Somerset.Perry@doj.ca.gov
*Attorneys for Plaintiffs Department of Toxic Substances Control and the Toxic Substances Control Account*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CHEVRON ORONITE COMPANY LLC, et al.,**<br><br>**Defendants.** | Case No. 2:21-CV-01737-TLN-JDP<br><br>**NOTICE OF WAIVER OF SERVICE OF SUMMONS**<br><br>Judge:         Hon. Troy L. Nunley<br><br>Action Filed:  September 24, 2021 |

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account filed a complaint on September 24, 2021, naming three defendants.

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, Plaintiffs obtained written waivers of service of summons from the following three defendants:

Atlantic Richfield Company

Chevron Oronite Company LLC

Shell Oil Company

The executed waivers of service are attached and filed herewith pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure.

Dated:  December 23, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
TIMOTHY E. SULLIVAN
Supervising Deputy Attorney General


/s/ Somerset Perry

SOMERSET PERRY
Deputy Attorney General
*Attorneys for Plaintiffs Department of Toxic Substances Control and the Toxic Substances Control Account*

OK2021604219
91451973.docx