ROGERS JOSEPH O'DONNELL
Robert C. Goodman (State Bar No. 111554)
rgoodman@rjo.com
E. Jacob Lubarsky (State Bar No. 251289)
jlubarsky@rjo.com
311 California Street, 10TH Fl.
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
CHEVRON ORONITE COMPANY LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON ORONITE COMPANY LLC; SHELL OIL COMPANY; and ATLANTIC RICHFIELD COMPANY,<br><br>Defendants. | Case No. 2:21-cv-01737-TLN-JDP<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CHEVRON ORONITE COMPANY LLC**<br><br>Judge: Hon. Troy L. Nunley<br>Action Filed: September 24, 2021<br>Trial Date: Not Set |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CHEVRON ORONITE COMPANY LLC, a Delaware limited liability company, files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that it is an indirectly wholly owned subsidiary of Chevron Corporation, a Delaware corporation.

As of March 14, 2022, Vanguard Group, Inc., owns 12.5% of Chevron Corporation's shares, State Street Corp. owns 10.6% of Chevron Corporation's shares, and

Blackrock Inc. owns 9.6% of Chevron Corporation's shares.[1]

Dated: March 16, 2022  ROGERS JOSEPH O'DONNELL

By:  /s/ Robert C. Goodman

Robert C. Goodman
E. Jacob Lubarsky

Attorneys for Defendant
CHEVRON ORONITE COMPANY LLC

---

[1] https://www.nasdaq.com/market-activity/stocks/cvx/institutional-holdings