WILSON TURNER KOSMO LLP
ROBIN A. WOFFORD (137919)
HUBERT KIM (204957)
JENNIFER C. ARNOLD (253065)
JONNA D. LOTHYAN (298650)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  rwofford@wilsonturnerkosmo.com
E-mail:  hkim@wilsonturnerkosmo.com
E-mail:  jarnold@wilsonturnerkosmo.com
E-mail:  jlothyan@wilsonturnerkosmo.com

Attorneys for Defendant
SHELL OIL COMPANY n/k/a SHELL U.S.A., INC, sued herein as SHELL OIL COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON ORONITE COMPANY, LLC; SHELL OIL COMPANY and ATLANTIC RICHFIELD COMPANY.,<br><br>Defendants. | Case No. 2:21-cv-01737-MCE-JDP<br><br>**DEFENDANT SHELL OIL COMPANY n/k/a SHELL U.S.A., INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: September 24, 2021<br><br>Judge: Hon. Troy L. Nunley |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Shell Oil Company n/k/a/ Shell U.S.A., Inc. sued herein as Shell Oil Company certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Defendant Shell Oil Company changed its name to Shell U.S.A. Inc. effective March 1, 2022.  This is a name change only.  Shell Oil Company n/k/a Shell

U.S.A. Inc. was incorporated under the laws of the State of Delaware on February 8, 1922, under the name of Shell Union Oil Corporation. The name was changed to Shell Oil Company on September 22, 1949. Shell Oil Company n/k/a/ Shell U.S.A. Inc. became a wholly-owned subsidiary of SPNV Holdings, Inc., now known as Shell Petroleum Inc., on June 7, 1985.

2. Shell Petroleum Inc. was incorporated under the laws of the State of Delaware on January 17, 1984, under the name of SPNV Holdings, Inc. The name was changed to Shell Petroleum Inc. effective as of January 1, 1988. The shares of Shell Petroleum Inc. are owned by Shell Petroleum N.V.

3. Shell Petroleum N.V. was founded under the laws of The Netherlands on June 28, 1907. The shares of Shell Petroleum N.V. are owned 100% by Royal Dutch Shell plc n/k/a Shell plc.

4. Royal Dutch Shell plc n/k/a Shell plc was incorporated in England and Wales on February 5, 2002 as a private company limited by shares under the name Forthdeal Limited. On October 27, 2004, the company re-registered as a public company limited by shares and changed its name to Royal Dutch Shell plc. In January 2022, Royal Dutch Shell plc changed its name to Shell plc. This is a name change only. Royal Dutch Shell plc n/k/a Shell plc is a publicly-owned holding company and is the ultimate parent company of the companies which comprise the Shell group.

Dated: April 13, 2022

**WILSON TURNER KOSMO LLP**

By: */s/Robin A. Wofford*
ROBIN A. WOFFORD
JONNA D. LOTHYAN
Attorneys for Defendant
SHELL OIL COMPANY n/k/a SHELL U.S.A.. INC.