Rob Bonta, State Bar No. 202668
Attorney General of California
Timothy E. Sullivan, State Bar No. 197054
Supervising Deputy Attorney General
Somerset Perry, State Bar No. 293316
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0987
 Fax:  (510) 622-2270
 E-mail:  Timothy.Sullivan@doj.ca.gov

*Attorneys for Plaintiffs Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**CHEVRON ORONITE COMPANY LLC, et al.,**<br><br>Defendants. | Case No. 2:21-cv-1737-TLN-JDP<br><br>**ORDER STAYING LITIGATION FOR SETTLEMENT NEGOTIATIONS**<br><br>Courtroom:  3 – 15th Floor<br>Judge:       Hon. Troy L. Nunley<br>Trial Date:  None Set<br>Action Filed:  September 24, 2021 |

Pursuant to the Joint Unopposed Motion for Stay of Litigation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

(1) This action is temporarily stayed until November 26, 2022, for all purposes to enable the Parties to continue their settlement negotiations without the expenditure of the Court's or the Parties' resources on litigation;

(2) While the stay is in effect, the Parties shall not be required to comply with the Federal Rules of Civil Procedure, including without limitation rule 26(a) regarding initial disclosures, and

other procedural provisions requiring submissions to the Court or specific action by the Parties, beyond the status reports provided for in paragraph (5) of this order.

(3)   Defendants are not required to file a responsive pleading until 30 days after the expiration of the stay;

(4)   The Parties will inform the Court by letter upon their submission of the equivalent stay motions in the parallel litigations, and upon the other courts' rulings on those motions; and,

(5)   The Parties shall file an initial status report no later than August 24, 2022, and shall file a second status report upon the expiration of the stay.

**IT IS SO ORDERED.**

Dated:  June 8, 2022

Troy L. Nunley
United States District Judge