# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| California Dept. of Toxic Substances Control ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:21-cv-01737-TLN-JDP |
| Chevron Oronite Company, LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff California Department of Toxic Substances Control

Date: 10/27/2022

*Attorney's signature*

Donald A. Robinson, State Bar No. 72402
*Printed name and bar number*
California Department of Justice
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013

*Address*

donald.robinson@doj.ca.gov
*E-mail address*

(310) 634-2313
*Telephone number*

(213) 897-2802
*FAX number*

# CERTIFICATE OF SERVICE

Case Name:  California Department of Toxic Substances Control, et al. v. Chevron Oronite Company, LLC

Case No.:  2:21-cv-01737-TLN-JDP

I hereby certify that on <u>October 27, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## APPEARANCE OF COUNSEL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America, the foregoing is true and correct and that this declaration was executed on <u>October 27, 2022</u>, at Los Angeles, California.

| Ernestina Provencio | */s/ Ernestina Provencio* |
|---|---|
| Declarant | Signature |

OK2021604219