ROB BONTA
Attorney General of California
SARAH E. MORRISON, SBN 143459
Supervising Deputy Attorney General
DONALD ROBINSON, SBN 72402
Deputy Attorney General
KATE M. HAMMOND, SBN 293433
Deputy Attorney General
300 South Spring Street, 11th Floor
Los Angeles, CA 90013
Telephone: (213) 269-6531
Fax: (213) 897-2802
Email: kate.hammond@doj.ca.gov

*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control and the*
*Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**CHEVRON ORONITE COMPANY LLC, et al**.<br><br>Defendants. | Case No. 2:21-cv-1737-DJC-JDP<br><br>**JOINT INITIAL STATUS REPORT**<br><br>Courtroom: 10 – 13th Floor<br>Judge: Hon. Daniel J. Calabretta<br>Trial Date: None Set<br>Action Filed: September 24, 2021 |

Pursuant to paragraph 5 of this Court's May 24, 2023 Order Extending Stay of Litigation for Settlement Negotiations (Dkt. No. 34) plaintiffs the California Department of Toxic Substances Control ("DTSC") and the Toxic Substances Control Account (together, "Plaintiffs") and defendants Chevron Oronite Company LLC, Atlantic Richfield Company, and Shell Oil Company n/k/a Shell U.S.A., Inc. (together, "Defendants") submit this Joint Status Report:

The parties reported in their May 23, 2023 joint status report (Dkt. No. 33) that following extensive negotiations, counsel for Plaintiffs and common counsel for the IT Sites Cooperating Generators Joint Defense Group ("Joint Defense Group"), of which all Defendants are members, (i) reached agreement on the terms and language of a proposed consent decree that they are recommending to Plaintiffs and individual Joint Defense Group members' counsel and their respective clients, (ii) completed their drafting of the terms of the proposed consent decree to settle and resolve this matter, and (iii) were working on obtaining final approvals of the proposed consent decree and the ancillary agreements.[1]

The parties also requested that the Court extend the stay of this litigation by ninety (90) days because the parties anticipated that they will be able to complete their respective internal approvals of the proposed consent decree, and that Plaintiffs will be able to lodge the proposed consent decree with the Court, within ninety (90) days. The Court granted that request and extended the stay by ninety (90) days to August 23, 2023. (Dkt. No. 34.)

The parties now report that they continue to anticipate that they will be able complete their respective approvals of the proposed consent decree and that Plaintiffs will be able to lodge the proposed consent decree with the Court before August 23, 2023.[2] The members of the Joint Defense Group and Plaintiffs continue to make significant progress internally and remain in consistent communication with each other regarding the proposed consent decree. Additionally, since the last status report, the Joint Defense Group has reported to Plaintiffs which defense group

---

[1] The ancillary agreements are agreements among the Defendants and other settling defendants. Certain settling defendants have established a subcommittee to review, revise and finalize the agreements in an effort to ensure the agreements are available for execution before the lodging of the proposed consent decree.

[2] Plaintiffs will file a motion for entry of the proposed consent decree after a 30-day public comment period.

members anticipate becoming settling defendants under the proposed consent decree for this matter,[3] which, along with additional information to be supplied from the Joint Defense Group, will allow Plaintiffs to prepare an amended complaint adding settling defendants that are not named in the current operative complaint. Plaintiffs anticipate that the amended complaint will be filed before the lodging of the proposed consent decree.

[*signatures on following page*]

---

[3] The Joint Defense Group has also reported which members anticipate becoming settling defendants under the proposed consent decrees that will be lodged in the three other lawsuits, which are *Cal. Dep't. of Toxic Substances Control, et al. v. Pacific Gas & Electric Comp., et al.*, pending in the Northern District, Case No. 4:21-cv-07450-HSG ("Benson Ridge Landfill Case"); *Cal. Dep't of Toxic Substances Control, et al. v. Chevron U.S.A. Inc., et al.*, pending in the Northern District, Case No. 3:21-cv-07453-WHA ("Vine Hill Landfill Case"); and *Cal. Dep't. of Toxic Substances Control, et al. v. Exxon Mobil Corp., et al.*, pending in this Court, Case No. 2:21-cv-01739-DJC-JDP ("Panoche Landfill Case").

| | | |
|---|---|---|
| Dated: July 14, 2023 | | Respectfully submitted, |

ROB BONTA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Kate M. Hammond*

KATE M. HAMMOND
Deputy Attorney General
DONALD ROBINSON
Deputy Attorney General
*Attorneys for Plaintiffs Department of Toxic Substances Control and the Toxic Substances Control Account*

Dated: July 14, 2023          ROGERS JOSEPH O'DONNELL

*/s/ Robert C. Goodman*
(as authorized on July 12, 2023)

Robert C. Goodman
*Attorneys for Defendant Chevron Oronite Company LLC*

Dated: July 14, 2023          MILLER NASH LLP

*/s/ Trajan Perez*
(as authorized on July 12, 2023)

Trajan Perez
*Attorneys for Defendant Atlantic Richfield Company*

Dated: July 14, 2023          WILSON TURNER KOSMO LLP

*/s/ Robin A. Wofford*
(as authorized on July 12, 2023)

Robin A. Wofford
Hubert Kim
*Attorneys for Defendant Shell Oil Company n/k/a Shell U.S.A., Inc.*