Rob Bonta
Attorney General of California
Sarah E. Morrison, SBN 143459
Supervising Deputy Attorney General
Donald Robinson, SBN 72402
Kate M. Hammond, SBN 293433
Deputy Attorneys General
300 South Spring Street
Los Angeles, CA 90013
Telephone: (213) 269-6531
Fax: (916) 731-2128
Email: kate.hammond@doj.ca.gov

*Attorneys for Plaintiffs
California Department of Toxic Substances Control
and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON ORONITE COMPANY LLC, et al.,<br><br>Defendants. | Case No. 2:21-cv-1737-DJC-JDP<br><br>**ORDER RE: DEFENDANTS' DEADLINE TO RESPOND TO ANTICIPATED FIRST AMENDED COMPLAINT**<br><br>Courtroom: 10 – 13th Floor<br>Judge: Hon. Daniel J. Calabretta<br>Trial Date: None Set<br>Action Filed: September 24, 2021 |

The Court has considered the Joint Status Report Regarding the Proposed Consent Decree and Joint Request to Continue Deadline for Defendants to Respond to the Anticipated First Amended Complaint submitted by plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (together, "Plaintiffs") and defendants Chevron Oronite Company LLC, Atlantic Richfield Company, and Shell Oil Company n/k/a Shell USA, Inc., and the Court finding good cause ORDERS that:

(i) No defendants are required to respond to the first amended complaint to be filed by Plaintiffs until thirty days after the filing of any order by the Court denying entry of the proposed consent decree; and

(ii) If the Court approves the proposed consent decree, no response to the first amended complaint is required.

IT IS SO ORDERED.

Dated:  August 25, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE