Daniel E. Vineyard
State Bar No. 121132
**JACKSON WALKER LLP**
1401 McKinney St., Suite 1900
Houston, TX 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax
dvineyard@jw.com

*Common Counsel for the IT Sites Cooperating Generators Joint Defense Group and the Montezuma Hills Joint Defense Group, members of which constitute the Settling Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON ORONITE COMPANY LLC, et al.<br><br>Defendants. | Case No.: 2:21-cv-01737-DJC-JDP<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**<br><br>Date:      January 4, 2024<br>Time:     1:30 p.m.<br><br>Dept:      10 – 13th Floor<br>Judge:    Honorable Daniel J. Calabretta<br>Trial Date: None<br>Action Filed: September 24, 2021 |

Defendants respectfully submit this Statement of Non-Opposition regarding the Proposed Consent Decree, which was lodged with this Court on August 24, 2023. (ECF No. 39-1.)

Plaintiffs, the California Department of Toxic Substances Control and the Toxic Substances Control Account ("Plaintiffs"), currently have a Motion for Approval and Entry of Consent Decree between Plaintiffs and the Defendants set for hearing before the Court at 1:30 p.m. on January 4, 2024.

Defendants do not oppose entry of the Consent Decree. In fact, they support entry and are unaware of any opposition.

Further, because the Defendants do not oppose entry of the Consent Decree and the Consent Decree includes provisions with respect to notice, the Defendants respectfully request that the Court waive any appearance requirements by the Newly Added Defendants.[1]

In accordance with the Court's Standing Order in Civil Cases, Defendants note they wish for the Consent Decree to be approved and entered without oral argument. If the Court wishes to hold a hearing, Defendants respectfully request the hearing be remote per E.D. CA. Local Rule 174 (Fed. R. Civ. P. 83). Defendants are aware of the Court's standing order which "generally disfavor[s]" remote appearances, but respectfully request the Court's approval of remote appearance in this matter if a hearing is necessary.

[signature on the following page]

---

[1] The "Newly Added Defendants" are parties which were added in the amended complaints consisting of: Bayer CropScience, Inc.; The Dow Chemical Company; Exxon Mobil Corporation; ExxonMobil Oil Corporation; ExxonMobil Pipeline Company LLC; Ford Motor Company; Georgia-Pacific LLC; HP Inc.; Mobil Exploration and Producing North America Inc.; Mobil Producing Texas & New Mexico Inc.; Pacific Gas and Electric Company; The Procter & Gamble Manufacturing Company; Texaco Downstream Properties Inc.; Union Oil Company of California.

2

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ENTRY OF CONSENT DECREE (MONTEZUMA HILLS) (Case No. 2:21-cv-01737-DJC-JDP)

Dated: December 27, 2023                                     JACKSON WALKER LLP

/s/ Daniel E. Vineyard
D<small>ANIEL</small> V<small>INEYARD</small> (SBN 121132)
JACKSON WALKER LLP
1401 McKinney St. Suite 1900
Houston, TX 77010
(713) 752-4465 – Telephone
(713) 752-4221 – Fax
dvineyard@jw.com

***Common Counsel for the IT Sites Cooperating Generators Joint Defense Group and the Montezuma Hills Joint Defense Group, members of which constitute the Settling Defendants***

38464495v.3

3

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ENTRY OF CONSENT DECREE
(MONTEZUMA HILLS) (Case No. 2:21-cv-01737-DJC-JDP)